IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NANCY BERG,

    *Plaintiff,*

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    *Defendant.*

CIVIL ACTION
NO. 17-04452

## ORDER

**AND NOW**, this 26th day of July, 2019, upon consideration of Plaintiff's Statement of Issues (ECF No. 14), Defendant's Response (ECF No. 17), Plaintiff's Reply (ECF No. 19), Magistrate Judge Hey's Report and Recommendation (ECF No. 20), Plaintiff's Objections (ECF No. 20), Defendant's Response (ECF No. 23) and the Administrative Record (ECF No. 11), it is hereby **ORDERED** that:

1. Plaintiff's objections are **OVERRULED**;
2. Magistrate Judge Hey's Report and Recommendation is **APPROVED** and **ADOPTED**;
3. The Commissioner of Social Security's decision is **AFFIRMED** and relief sought by Plaintiff is **DENIED**; and
4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.